FEINBERG, ET AL. *v.* GEORGE WASHINGTON CEMETERY, INC., ET AL.

[No. 204, September Term, 1963.]

*Decided January 31, 1964.*

The cause was argued before BRUNE, C. J., and HENDERSON, PRESCOTT, HORNEY and SYBERT, JJ.

*Charles E. Hogg,* with whom was *Charles A. Reese* on the brief, for appellants.

*Jerrold V. Powers,* with whom were *Sasscer, Clagett & Powers* on the brief, for appellees.

PER CURIAM.

After the remand in the earlier case of *Feinberg v. Geo. Wash. Cemetery,* 226 Md. 393, a jury brought in a verdict for the plaintiff. On motion for judgment N.O.V. or in the alternative for a new trial, the court denied the motion for judgment N.O.V. but granted a new trial. Since there is no final judgment to appeal from, the motion to dismiss the appeal must be granted. *Snyder v. Cearfoss,* 186 Md. 360, 366; Code (1957), Art. 5, sec. 1. In the absence of a final judgment there can be no review of the ruling on the motion N.O.V. *Sears v. B. & O. Railroad,* 219 Md. 118, 122.

*Appeal dismissed, with costs.*